1

2

3
                                                                JS-6
4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   MELINA LOUISE RIEBLING,              Case No.  CV-17-03855-KES

12                   Plaintiff,
                                          **JUDGMENT**
13          v.

14   NANCY A. BERRYHILL, Deputy
     Commissioner for Operations, Social
15   Security,[1]

16

17                   Defendant.

18
            IT IS HEREBY ADJUDGED that, for the reasons set forth in the
19
     Memorandum Opinion and Order, the decision of the Commissioner of the Social
20
     Security Administration is affirmed and this action is dismissed with prejudice.
21

22
     DATED:  April 19, 2018
23                                        _____
24                                        KAREN E. SCOTT
                                          United States Magistrate Judge
25

26          [1] Effective November 17, 2017, Ms. Berryhill's new title is "Deputy
27   Commissioner for Operations, performing the duties and functions not reserved to
     the Commissioner of Social Security."
28